IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MALIK MUNTAQIM**                                                      **PLAINTIFF**

v.                          No: 5:19-cv-00262 KGB-PSH

**WENDY KELLEY**                                                        **DEFENDANT**

### PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Malik Muntaqim filed a pro se complaint on August 14, 2019, along with an incomplete motion for leave to proceed in forma pauperis (Doc. Nos. 1, 2). On August 16, 2019, the Court entered an order directing Muntaqim to submit the full $400.00 filing and administrative fees or file a fully completed and signed IFP application within 30 days. *See* Doc. No. 3. Muntaqim was cautioned that failure to comply with the Court's order within that time could result in the recommended dismissal of his case.

More than 30 days have passed, and Muntaqim has not complied with or otherwise responded to the August 16 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond

to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Muntaqim's complaint (Doc. No. 2) be DISMISSED WITHOUT PREJUDICE.

DATED this 20th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE