# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MALIK MUNTAQIM**                                                **PLAINTIFF**

**v.**                    **Case No: 5:19-cv-00262 KGB**

**WENDY KELLEY**                                          **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 7). No objections have been filed, and the time for filing objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 7).

Accordingly, the Court dismisses without prejudice plaintiff Malik Muntaqim's complaint (Dkt. No. 2) based on his failure to comply with the Court's August 3, 2019, Order directing him to return a completed *in forma pauperis* application or pay the $400 filing and administrative fees within 30 days (Dkt. No. 3).

It is so ordered this 16th day of February, 2021.

                                                                *Kristine G. Baker*
                                                                 Kristine G. Baker
                                                                 United States District Judge