IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MALIK MUNTAQIM**                                                          **PLAINTIFF**

**v.**                              **Case No: 5:19-cv-00262 KGB**

**WENDY KELLEY**                                                            **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case.

Dated this 16th day of February, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge